**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-2413**

———————————

NATHANIEL J. FAUBER,

              Plaintiff - Appellant,

       v.

COMMONWEALTH:   CHRISTY   MONOLO;   ATTORNEY   GENERAL'S
OFFICE/Attorney General,

              Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.   James C. Turk, Senior
District Judge.  (5:09-cv-00072-jct)

———————————

Submitted:  April 22, 2010          Decided:  June 25, 2010

———————————

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Nathaniel J. Fauber, Appellant Pro Se. Christina Nicole Gilliam,
Assistant Attorney General, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Fauber appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Fauber's motion for default judgment, deny his amended motion for default judgment, deny his second amended motion for default judgment, deny his motion to remove attorney, and affirm for the reasons stated by the district court. Fauber v. Commonwealth: Christy Monolo, No. 5:09-cv-00072-jct (W.D. Va. Dec. 7, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED